# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ROBERT HINSHAW,<br><br>  Plaintiff,<br><br>vs.<br><br>LIGON INDUSTRIES, L.L.C. and<br>FISHER HYDRAULICS, INC.,<br><br>  Defendants. | No. C07-3029-MWB<br><br>**ORDER** |

_____

Pursuant to an e-mail from counsel for the Defendant, the above-captioned cause has reached a settlement,

IT IS ORDERED:

1. The Clerk is directed to close this case for statistical purposes.

2. Closing documents to dismiss and close the case, pursuant to Federal Rule of Civil Procedure 41, shall be filed within thirty (30) days from the date of this order. If the case has not been dismissed within thirty (30) days, and/or counsel have not filed a written status report, this case shall be dismissed pursuant to Local Rule of Court 41.1.

**IT IS SO ORDERED.**

**DATED** this 10th day of December, 2008.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA