IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

| | | |
|---|---|---|
| ROBERT HINSHAW, | * | |
| | * | CIVIL NO. 3:07-cv-3029 |
| Plaintiff, | * | |
| | * | |
| v. | * | **STIPULATION OF DISMISSAL** |
| | * | |
| LIGON INDUSTRIES, LLC and | * | |
| FISHER HYDRAULICS, INC., | * | |
| | * | |
| Defendants. | * | |

---

**COMES NOW** the Plaintiff, Robert Hinshaw, and the Defendants, Ligon Industries LLC and Fisher Hydraulics, Inc., by and through their respective attorneys, and hereby stipulate pursuant to Rule 41(a) FRCP that the above captioned may be dismissed with prejudice with each party to bear their own costs.

Respectfully submitted,

Sherinian & Walker Law Firm

By /s/Mark D. Sherinian
　　Mark D. Sherinian
3737 Woodland
Suite 630
West Des Moines, Iowa 50266
Telephone: 515-224-2079
Facsimile: 515-224-2321

And

Davis, Brown, Koehn, Shors & Roberts, P.C.
By /s/ Scott M. Brennan
　　Scott M. Brennan
The Financial Center
666 Walnut Street, Suite 2500
Des Moines, IA 50309-3993

Original Filed.